IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                )
                      )
JOCELYN MICHELLE CHANDLER    )    Case No. 16-30451-KLP
                      )    Chapter 13
         Debtor       )

**ORDER GRANTING MOTION TO INCUR DEBT**

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtor; and it

APPEARING TO THE COURT that the Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on February 4, 2016; and it

FURTHER APPEARING that the Debtor has applied for and Royal Chevrolet Company has approved a loan to the Debtor in the amount of $15,807.55 plus interest at 17.99% per annum to be repaid with 72 equal monthly payments of $362.82 for the purchase of a 2012 Honda Accord or similar vehicle; the Debtor needs to purchase the referenced vehicle as her current vehicle is broken down and she needs a replacement vehicle to travel to and from work and other matters; the previous order is past the sixty day allowable limit that is acceptable to the bank; the purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein; the Debtor's Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtor's Motion to Incur Debt should be granted; it is therefore

ORDERED that Debtor's Motion to Incur Debt be, and the same is hereby granted and the Debtor shall be permitted to borrow the amount of $15,807.55 plus interest at 17.99% per annum to be repaid with 72 equal monthly payments of $362.82 for the purchase of a 2012 Honda Accord or similar vehicle.

Richmond, Virginia.

Date: Jan 6 2017

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: Jan 6 2017

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
P.O. Box 1780
Richmond, Virginia 23218-1780

**CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Suzanne E. Wade, Chapter 13 Trustee
P.O. Box 1780
Richmond, Virginia 23218-1780

Robert Van Arsdale, Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219