IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
)
JOCELYN MICHELLE CHANDLER ) Case No. 16−30451−KLP
) Chapter 13
Debtor )

### ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtor; and it

APPEARING TO THE COURT that the Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on February 4, 2016; and it

FURTHER APPEARING that the Debtor has applied for and George Mason Mortgage, LLC has approved a loan to the Debtor in the amount of $227,699.00 plus interest at 3.375% per annum to be repaid with estimated equal monthly payments of approximately $1,006.65 for principal and interest for the purchase of a home located at 1609 Stevens Street, Henrico, VA 23231, more particularly described as

> A PARCEL OF LAND LOCATED IN THE STATE OF VIRGINIA, COUNTY OF HENRICO, VARINA MAGISTERIAL DISTRICT, WITH A SITUS ADDRESS OF 1609 STEVENS STREET, HENRICO, VA 23231, HAVING A TAX MAP NUMBER OF 8047028686, AND KNOWN AS LOT 33, SECTION C, EASTMORELAND SUBDIVISION

("Property"); and it

FURTHER APPEARING that the loan term is 360 months; the Debtor has also applied for and George Mason Mortgage, LLC has approved a loan to the Debtor in the amount of

---

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

$8,116.00 plus interest at 3.375% per annum to be repaid with estimated equal monthly payments of approximately $35.88 for principle and interest for assistance with the closing costs associated with the purchase of the Property; the purchase of the Property is in the best interest of the Debtor and will facilitate her ability to perform under the Chapter 13 Plan filed herein; the Debtor's Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtor's Motion to Incur Debt should be granted; it is therefore

ORDERED that Debtor's Motion to Incur Debt be, and the same is hereby granted and the Debtor shall be permitted to borrow the amount of $227,699.00 plus interest at 3.375% per annum to be repaid with estimated equal monthly payments of approximately $1,006.65 for principal and interest for the purchase of the Property and the Debtor shall be permitted to borrow the amount of $8,116.00 plus interest at 3.375% per annum to be repaid with estimated equal monthly payments of approximately $35.88 for principle and interest for assistance with the closing costs associated with the purchase of the Property.

Richmond, Virginia.

Date: Aug 20 2020

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Aug 20 2020

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

## CERTIFICATION OF COUNSEL

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

## SERVICE LIST

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219