IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOCELYN MICHELLE CHANDLER | ) | Case No. 16−30451−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR FILING CERTIFICATE
OF COMPLETION OF POST-PETITION FINANCIAL MANAGEMENT
<u>COURSE AND CERTIFICATION  PURSUANT TO 11 U.S.C. § 1328</u>**

COMES NOW the Debtor, by counsel, and files this Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328; and in support hereof states unto the Court as follows:

1. The Debtor filed the Chapter 13 petition herein on February 4, 2016.

2. The Debtor has completed the Chapter 13 Plan payments and the Court has issued a Notice to Debtor and Creditors Concerning Issuance of Discharge.

3. The Court has previously granted the Debtor and extension until June 22, 2021 to file a Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328.

4. The Debtor has informed counsel that she needs additional time to secure the funds in order to pay for and complete the Post-Petition Financial Management Course.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of the Debtor's Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

Respectfully submitted,

JOCELYN MICHELLE CHANDLER

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOCELYN MICHELLE CHANDLER ) | Case No. 16−30451−KLP |
| ) | Chapter 13 |
| Debtor ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed a Second Motion to extend the time for the filing of her Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **July 14, 2021 at 10:00 a.m. at 701 E. Broad Street, Room 5100, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

- **REMOTE HEARING INFORMATION**:

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

**\*\*\* PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

JOCELYN MICHELLE CHANDLER

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

      /s/ James E. Kane
      James E. Kane

```
Label Matrix for local noticing            UST sms Richmond                      United States Bankruptcy Court
0422-3                                     Office of the U. S. Trustee           701 East Broad Street
Case 16-30451-KLP                          701 East Broad St., Suite 4304        Richmond, VA 23219-1888
Eastern District of Virginia               Richmond, VA 23219-1849
Richmond
Wed Aug  5 16:16:27 EDT 2020

Anderson Financial Services LLC Loan Max   Check City                            Check City
3440 Preston Ridge Rd, Ste 500             2729-B West Broad Street              3920 Hull Street Road
Alpharetta, GA 30005-3823                  Richmond, VA 23220-1905               Richmond, VA 23224-1714


Commonwealth of Virginia                   Credit Collections Inc/AMR            DEPARTMENT OF THE TREASURY - IRS
Department of Taxation                     Po Box 60607                          INTERNAL REVENUE SERVICE
P.O. Box 2156                              Oklahoma City, OK 73146-0607          P.O. bOX 7346
Richmond, VA 23218-2156                                                          PHILADELPHIA, PA    19101-7346


(p)INTERNAL REVENUE SERVICE                First Virginia                        Linebarger Goggan Blair & Samp
CENTRALIZED INSOLVENCY OPERATIONS          159 E Belt Blvd                       4828 Loop Central Dr Ste 600
PO BOX 7346                                Richmond, VA 23224-1203               Houston, TX 77081-1246
PHILADELPHIA PA 19101-7346


Loan Max                                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Transworld Sys Inc/38
6900 Midlothian Tnpk.                      PO BOX 41067                          507 Prudential Rd
Richmond, VA 23225-5635                    NORFOLK VA 23541-1067                 Horsham, PA 19044-2308


Tsi/909                                    Va Credit Union                       Verizon
Po Box 17205                               Po Box 90010                          500 Technology Dr
Wilmington, DE 19850-7205                  Richmond, VA 23225-9010               Suite 500
                                                                                 Weldon Spring, MO 63304-2225


Virginia Credit Union                      (p)VIRGINIA DEPARTMENT OF TAXATION    (p)VIRGINIA PHYSICIANS FOR WOMEN
P.O. Box 90010                             P O BOX 2156                          10710 MIDLOTHIAN TURNPIKE SUITE 200
Richmond, VA 23225-9010                    RICHMOND VA 23218-2156                RICHMOND VA 23235-4759


James E. Kane                              Jocelyn Michelle Chandler             Suzanne E. Wade
Kane & Papa, PC                            6124 Ullswater Avenue                 341 Dial 877-996-8484 Code 2385911
1313 East Cary Street                      Richmond, VA 23225-7742               7202 Glen Forest Drive, Ste. 202
P.O. Box 508                                                                     Richmond, VA 23226-3770
Richmond, VA 23218-0508
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of the Treasury                 (d)Internal Revenue Service           Portfolio Recovery
Financial Management Service               Kansas City, MO 64999-0002            Attn: Bankruptcy
P.O. Box 1686                                                                    Po Box 41067
Birmingham, AL 35201-0000                                                        Norfolk, VA 23541-0000
```

Virginia Dept. of Taxation
Post Office Box 1115
Richmond, VA 23218-1115

Virginia Physicians for Women
P.O. Box 6829
Richmond, VA 23230-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Virginia Credit Union, Inc.
PO Box 90010
Richmond, VA 23225-9010

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24